**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

October 13, 2025

*[Handwritten: 10/14/2025 Fine by me CM]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/14/25]*

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Otto Archive, LLC v. NB Rugs, Inc., d/b/a "Doris Leslie Blau" et al.**
*Case No. 25-cv-5009 (CM) (RWL)*

Dear Judge McMahon:

We were just retained today to represent defendant NB Rugs, Inc., in the above-referenced matter, and we write with the gracious consent of plaintiff's counsel to request an extension *nunc pro tunc* until October 27, 2025, to respond to the complaint on defendant's behalf.

In addition, we respectfully request — again, with the consent of counsel for plaintiff — that the in-person initial conference scheduled for October 16, 2025 at 10:45 be adjourned until after October 27. (We are closed for religious observance tomorrow and Wednesday, so we will not have a chance to confer with plaintiff's counsel about preparing a case management plan, which may obviate the need for the conference.)

We thank the Court for its attention to, and consideration of, this matter. We are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: David Jenkins, Esq. (via ECF)